IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE ALEXANDER HOWLETT, | No. 2:25-CV-00729-DAD-DMC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SUSANVILLE, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court are Defendant's motions to dismiss, ECF Nos. 5 and 6. No opposition to the pending motions has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for August 6, 2025, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: July 31, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE