**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAYNE ALEXANDER HOWLETT, | No. 2:25-CV-00729-DAD-DMC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SUSANVILLE, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court are Defendant's motions to dismiss, ECF Nos. 12 and 13.

On March 17, 2026, the District Judge adopted the undersigned's findings and recommendations in full, granting Defendants' prior motions to dismiss, ECF Nos. 5 and 6, and deeming Plaintiff's first amended complaint, ECF No. 11, as the operative complaint. See ECF No. 17. Defendants had previously filed the motions to dismiss, ECF Nos. 12 and 13, in response to Plaintiff's first amended complaint.

The matter will be set for hearing on May 27, 2026, at 10:00 a.m., via Zoom. The Court will provide the parties with connection information separately. Petitioner will be directed to file an opposition, if any, to Defendants' motions to dismiss, ECF Nos. 12 and 13, on or before fourteen days of the date of this order. Defendants will be directed to file a reply within ten days of the filing of Plaintiff's opposition.

1

Accordingly, it is HEREBY ORDERED that:

1.    Defendants' motions to dismiss, ECF Nos. 12 and 13, are set for hearing on May 27, 2026, at 10:00 a.m., via Zoom.

2.    Petitioner is directed to file an opposition, if any, to Defendants' motions to dismiss, ECF Nos. 12 and 13, on or before fourteen days of the date of this order

3.    Defendants are directed to file a reply within ten days of the filing of Plaintiff's opposition.

Dated:  March 24, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2