UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE ALEXANDER HOWLETT,<br>Plaintiff,<br>v.<br>CITY OF SUSANVILLE, et al.,<br>Defendants. | No. 2:25-cv-00729-DAD-DMC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT WITH LEAVE TO AMEND<br><br>(Doc. No. 12, 13, 24) |

Plaintiff Wayne Alexander Howlett is proceeding *pro se* in the above-captioned civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On July 10, 2026, the assigned magistrate judge issued findings and recommendations, recommending that defendants' motions to dismiss (Doc. Nos. 12, 13) plaintiff's first amended complaint be granted and that this action be dismissed with leave to amend. (Doc. No. 24.) Specifically, the magistrate judge concluded that plaintiff's first amended complaint failed to correct the deficiencies noted by the court when his original complaint was dismissed, failed to state a plausible Fair Housing Act claim, did not allege that he was treated differently by defendants than those similarly situated residents on account of his membership in a suspect class as needed to state a cognizable equal protection claim, alleged only in vague and conclusory

fashion that he had been discriminated against, and failed to allege the existence of a policy or custom on the part of the city or district defendants as required to state a cognizable municipal liability claim under *Monell*. (*Id.* at 4–7.) Finally, the magistrate judge found that because at the hearing on the motions plaintiff had recited certain facts not alleged in his first amended complaint which if alleged might cure some of the noted pleading deficiencies, a final opportunity to amend should be granted to plaintiff. (*Id.* at 8.)

The findings and recommendations were served on all parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 8.) To date, no objections to the findings and recommendations have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 10, 2026 (Doc. No. 24) are adopted in full;
2. Defendants' motions to dismiss (Doc. Nos. 12, 13) are granted and plaintiff's first amended complaint is dismissed with leave to amend;
3. Plaintiff is ordered to file a second amended complaint, or a notice that he does not intend to do so, within thirty (30) days of the date of this order. Plaintiff is forewarned that his failure to comply with this order will result in the dismissal of this action; and
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **September 3, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE